

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 22 2020
ARTHUR JOHNSTON
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                                    CIVIL ACTION NO. 3:20CV415 DPJ-FKB

THE REAL PROPERTY KNOWN AS
115 ROSEDOWNE BEND
MADISON, MISSISSIPPI 39110                          DEFENDANT PROPERTY

## ORDER SEALING

The United States of America applied to this Court for an order permitting it to file, under seal, the Verified Complaint for Forfeiture *in Rem* and affidavit in the above-captioned case, together with its *Ex Parte* Application. Upon consideration of the application and the entire record herein,

IT IS HEREBY ORDERED that the Verified Complaint for Forfeiture *in Rem* and underlying affidavit in the above-entitled proceedings, together with the application from the United States of America, shall be filed with this Court under seal and shall not be disclosed to any person unless otherwise ordered by this Court.

SO ORDERED AND ADJUDGED this the 22nd day of June, 2020.

HONORABLE LINDA R. ANDERSON
UNITED STATES MAGISTRATE JUDGE