

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CIVIL ACTION NO. 3:20CV415-DPJ-FKB

THE REAL PROPERTY KNOWN AS
115 ROSEDOWN BEND
MADISON, MISSISSIPPI 39110

## VERIFIED CLAIM

The claimant, Kristen DiBiase, submits her claim asserting ownership of the real property located at 115 Rosedown Bend, Madison, MS 39110 ("defendant property"). Claimant, along with her spouse Theodore Marvin DiBiase, Jr. as joint tenants with rights of survivorship, is the titled owner of the defendant property, having purchased the defendant property on or about November 16, 2018 with money obtained from the legitimate employment of Claimant's spouse.

Respectfully submitted, this the 17th day of July, 2020.

KRISTEN DIBIASE
CLAIMANT

By: _____
Counsel for the Claimant

OF COUNSEL:

Mark D. Ray, Esq. (MS Bar No. 4652)
3352 Hwy 18, Brandon MS 39042
Telephone: 601-497-2887
markdannelray@gmail.com

I, Kristen DiBiase, claimant in this matter, declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
Kristen DiBiase

Sworn to and subscribed before me, on this the 16th day of July, 2020.

_____
NOTARY PUBLIC

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 95085
ROXANN L. DUNAWAY
Commission Expires
Jan. 21, 2022
RANKIN COUNTY

## CERTIFICATE OF SERVICE

I, the undersigned counsel for the claimant, have conventionally filed this pleading with the Clerk of Court, which caused this pleading to be served on all parties via the CM/ECF system.

This the 17th day of July, 2020.

By: _____
Mark D. Ray