**F0022**  **2019309040**

Fee: $ 350



DELBERT HOSEMANN
*Secretary of State*

Business ID: 1151968
Filed: 12/16/2019 11:15 AM
C. Delbert Hosemann, Jr.
Secretary of State

P.O. BOX 136
JACKSON, MS 39205-0136

TELEPHONE: (601) 359-1633

## Application for Reinstatement Following an Administrative Dissolution

### Business Information

*Business Id:* 1151968
*State of Incorporation:* WY
*Phone:* (***)***-****

*Business Name:* Familiae Orientem LLC
*Business Email:* heather@rbcpas.com
*FEIN:* **-*******

*Principal Address:* 8919 Pace Road
Meridian, MS 39305

### Registered Agent

*Name:* Scott Elliott
*Address:* 8919 Pace Road
Meridian, MS 39305

### Managers and Members

#### Members

*Name:*
Scott Elliott
*Member*

*Address:*
8919 Pace Road
Meridian, MS 39305


EXHIBIT A

## Officers

| Title/Name: | Address: | Director: |
|---|---|---|
| **President:** | | ☐ |
| **Vice President:** | | ☐ |
| **Secretary:** | | ☐ |
| **Treasurer:** | | ☐ |

☐  This LLC has a written Operating Agreement.

## Signature

By entering my name in the space provided, I certify that I am authorized to file this document on behalf of this entity, have examined the document and, to the best of my knowledge and belief, it is true, correct and complete as of this day *12/16/2019*.

*Name:*  
Ted Dibiase  
*Member*

*Address:*  
8919 Pace Road  
Meridian, MS 39305

## **Officers List**

| *Name:* | *Address:* |
| --- | --- |
| Scott Elliott | 8919 Pace Road |
| *Member* | Meridian, MS 39305 |