# Scott Gilbert

| | |
|---|---|
| **From:** | Blackburn, Kerry (CRM) <Kerry.Blackburn2@usdoj.gov> |
| **Sent:** | Tuesday, June 23, 2020 10:21 AM |
| **To:** | Scott Gilbert |
| **Cc:** | Katie Lyons; Roxann Dunaway; Fulcher, Dave (USAMSS) |
| **Subject:** | RE: DiBiase Lis Pendens |

Good Morning:

I would be happy to speak with you about any information you want to provide. I have copied one of my case partners so that he can be on the call as well. It looks like the first good time for both of us to speak would be tomorrow at 11AM Eastern/10 AM Central. If that works well for you, I will call you both and merge the calls. Please let us know your availability for tomorrow. If that does not work, please suggest some alternate times.

I am not in a position to provide you with a copy of the civil forfeiture complaint at this time.

-----Original Message-----
From: Scott Gilbert <sgilbert@watkinseager.com>
Sent: Monday, June 22, 2020 6:53 PM
To: Blackburn, Kerry (CRM) <Kerry.Blackburn@CRM.USDOJ.GOV>
Cc: Katie Lyons <klyons@watkinseager.com>; Roxann Dunaway <rdunaway@watkinseager.com>
Subject: DiBiase Lis Pendens

Mr. Blackburn,

I represent Ted DiBiase Jr. I have been provided with a lis pendens that you have issued regarding his home. I would like to speak with you as soon as possible about this matter.

I am concerned that there is no objective evidence that establishes Mr. DiBiase engaged in any misrepresentation that resulted in him obtaining the money that was used to purchase his house. In other words, there is no objective evidence that Mr. DiBiase's home was purchased with the proceeds of a crime. I am happy to discuss the salient facts with you and why I believe the issuance of the lis pendens is improvident and unwarranted.

In the meantime, please provide me with a copy of the underlying civil forfeiture complaint.

Please call me at your earliest convenience to discuss this matter further.

Scott Gilbert
Watkins & Eager
601-965-1922
sgilbert@watkinseager.com


EXHIBIT B