## Scott Gilbert

| | |
|---|---|
| **From:** | Scott Gilbert |
| **Sent:** | Wednesday, July 29, 2020 8:54 AM |
| **To:** | Blackburn, Kerry (CRM); Mark Ray |
| **Cc:** | Fulcher, Dave (USAMSS) |
| **Subject:** | RE: Rosedowne Bend Property |

I will forward those. Please send us a copy of your motion to stay and the order granting it.

Thanks,

Scott Gilbert

WATKINS & EAGER PLLC

---

**From:** Blackburn, Kerry (CRM) [mailto:Kerry.Blackburn2@usdoj.gov]
**Sent:** Wednesday, July 29, 2020 8:52 AM
**To:** Scott Gilbert; Mark Ray
**Cc:** Fulcher, Dave (USAMSS); Blackburn, Kerry (CRM)
**Subject:** RE: Rosedowne Bend Property

I certainly will provide any court documents I file going forward that are not otherwise ex parte. Some additional documents have already been filed under seal including a motion to stay. The Court has granted that motion to the extent that affects whether you want to file answers at this time. Because they entire matter is under seal, I do not have copies of the claims. Please forward those at your earliest convenience.

---

**From:** Scott Gilbert <sgilbert@watkinseager.com>
**Sent:** Wednesday, July 29, 2020 9:45 AM
**To:** Blackburn, Kerry (CRM) <Kerry.Blackburn@CRM.USDOJ.GOV>; Mark Ray <markdannelray@gmail.com>
**Cc:** Fulcher, Dave (USAMSS) <DFulcher@usa.doj.gov>
**Subject:** RE: Rosedowne Bend Property

Kerry,

Mark Ray has been retained by Kristen to represent her in this matter. He is copied on this email.

With regard to the sale of the house, unfortunately, the buyer and the DiBiase's have been unable to come to terms that are acceptable to both parties. As such, the contract for sale has been cancelled and the house has been returned to the market.

Both Teddy and Kristen have filed claims and we are preparing their answers. As of now, we do not have access to the case file on CM/ECF, despite the court's partial lifting of the seal. Until we get that resolved could you make sure that any pleadings you file are served on Mark and I via email?

If there is anything else we need to discuss at this moment, please let us know.

Best,



1

Scott Gilbert

WATKINS & EAGER PLLC

---

**From:** Blackburn, Kerry (CRM) [mailto:Kerry.Blackburn2@usdoj.gov]
**Sent:** Monday, July 20, 2020 8:23 AM
**To:** Scott Gilbert; Kristen DiBiase
**Cc:** Fulcher, Dave (USAMSS); Blackburn, Kerry (CRM)
**Subject:** Rosedowne Bend Property

Good Morning:

If you are interested in working out a settlement that would allow for the lis pendens to be lifted and the proceeds of the sale placed in a separate account during the pendency of this action, we will need to discuss that this week so that I can work with my office and we can get the appropriate paperwork in front of the Court before the new contract sales date at the end of July.  Please advise.

Sincerely,
Kerry Blackburn
Trial Attorney
Money Laundering and Forfeiture Unit
Money Laundering and Asset Recovery Section
1400 New York Avenue NW, 10th Floor
Washington, DC  20005
Office (202) 514-5647
Fax (202) 514-5522
Cell (202) 674-5628