# Scott Gilbert

| | |
|---|---|
| **From:** | Scott Gilbert |
| **Sent:** | Wednesday, May 13, 2020 4:08 PM |
| **To:** | richard@bullercpa.com |
| **Cc:** | Roxann Dunaway |
| **Subject:** | DiBiase |
| **Importance:** | High |

Richard,

Thank you for taking the time to speak with me today. As we discussed, I need copies of the following items related to Priceless Ventures, LLC and Familiae Orientum, LLC:

1. Corporate minutes
2. Membership information of all current and former board members
3. Board member compensation
4. Employee compensation
5. Executive staff compensation packages
6. Tax filings
7. By-laws
8. Articles of incorporation
9. Shareholder agreements
10. Bank account information
11. Contract and grant agreements with Mississippi Community Education Center (MCEC), Family Resource Center of North Mississippi (FRC), Families First for Mississippi, and Mississippi Department of Human Services (MSDHS).
12. Payments to or received from MCEC, FRC, MSDHS.
13. Audits or monitoring conducted by MCEC, FRC, and MSDHS.

Scott Gilbert

WATKINS & EAGER PLLC
The Emporium Building
400 East Capitol Street
Jackson, Mississippi 39201

Telephone: 601-965-1900 | Facsimile: 601-965-1901
Direct Dial: 601-965-1922 | sgilbert@watkinseager.com

www.watkinseager.com

The information transmitted is intended for viewing only by the addressee, and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you have received this message and you are not the intended recipient, please contact the sender at 601-965-1900 and delete the material immediately and do not retain a copy.

