IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA,                                                                    PLAINTIFF

v.                                                            CIVIL ACTION NO. 3:20-cv-00415-DPJ-FKB

REAL PROPERTY KNOWN AS
115 ROSEDOWNE BEND, MADISON,
MISSISSIPPI  39110                                                                 DEFENDANT PROPERTY

## ORDER TO UNSEAL CASE CAPTION AND PARTIALLY UNSEAL COMPLAINT FOR FORFEITURE *IN REM*

The United States of America applied to this Court for an order unsealing the case caption and for an order permitting the partial unsealing of the Complaint for Forfeiture *In Rem* and the affidavit attached thereto (Complaint). Counsel for both claimants have indicated that they do not oppose the motion.  Upon consideration of the application and the entire record herein, the Court finds that the motion should be granted.

IT IS HEREBY ORDERED that the case caption shall be unsealed and that the Complaint for Forfeiture *in Rem* (Doc. 3) and underlying affidavit in the above-entitled proceedings may be distributed to Renasant Bank.  Renasant Bank will also be provided with a copy of the protective order (Doc. 10).

**SO ORDERED AND ADJUDGED** this the 26th day of March, 2021.

                                                   s/ *Daniel P. Jordan III*
                                                   CHIEF UNITED STATES DISTRICT JUDGE