IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 17 2022
ARTHUR JOHNSTON
BY_____ DEPUTY

SEALED                                                                          PLAINTIFF

v.                                              CIVIL ACTION NO. 3:20-CV-415-DPJ-FKB

SEALED                                                                          DEFENDANT

---

### DEEP SOUTH TODAY ("*MISSISSIPPI TODAY*")
### MOTION TO INTERVENE AND UNSEAL COURT FILE

---

COMES NOW Deep South Today ("*Mississippi Today*"), a Mississippi not for profit corporation with its principal place of business in Ridgeland, Mississippi and files this its Motion to Intervene and Unseal Court File in this case. In support of the motion, *Mississippi Today* attaches as Exhibit "A" a copy of the screen shot of the Pacer Docket Query which indicates the Court file has been sealed with the following language: "Sealed v. Sealed. ***CASE UNDER SEAL***". There is no docket sheet. There are no pleadings.

The court file should be unsealed pursuant to the First Amendment to the United States Constitution, federal common law, and Local Uniform Civil Rule 79.

Respectfully submitted, this the 17th day of August, 2022.

DEEP SOUTH TODAY ("*Mississippi Today*")

BY: _____
HENRY LAIRD (MSB 1774)

Henry Laird (MSB No. 1774)
Email: hfl@wisecarter.com
Wise Carter Child & Caraway, P.A.
2510 14th Street, Suite 1125
Gulfport, MS 39501
Telephone: 228/867-7141

## CERTIFICATE OF SERVICE

I, Henry Laird, do hereby certify I cannot serve notice of this Motion to Intervene and Unseal Court File until I learn the identities and addresses of the parties.

This the 17th day of August, 2022.

                                             HENRY LAIRD (MSB 1774)

Henry Laird (MSB No. 1774)
Email:  hfl@wisecarter.com
Wise Carter Child & Caraway, P.A.
2510 14th Street, Suite 1125
Gulfport, MS  39501
Telephone:  228/867-7141

CM/ECF LIVE - U.S. District Court: Mississippi Southern District-Query          https://ecf.mssd.uscourts.gov/cgi-bin/iquery.pl

# Query

| WARNING: Search results from this screen are NOT subject to the 30 page limit on PACER charges. Please be as specific as possible with your search criteria. |

**Search Clues**                                                                                            Mobile Query

| Case Number | 20-415 | Sealed v. Sealed. *** CASE UNDER SEAL *** |

or search by

| Case Status: | ○ Open   ○ Closed   ○ All |
| Filed Date | to |
| Last Entry Date | to |

| Nature of Suit | 0 (zero)<br>110 (Insurance)<br>120 (Contract: Marine) |

| Cause of Action | 0 (no cause specified)<br>02:0431 (02:431 Fed. Election Commission: Failure Enforce Compliance)<br>02:0437 (02:437 Federal Election Commission) |

| Last/Business Name | ☐ Exact matches only |
| First Name |  Middle Name |
| Type | ⌄ |

Run Query   Clear

