

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SEALED      PLAINTIFF

v.      CIVIL ACTION NO. 3:20-CV-415-DPJ-FKB

SEALED      DEFENDANT

**UNITED STATES' RESPONSE TO DEEP SOUTH TODAY ("*MISSISSIPPI TODAY*")'S MOTION TO INTERVENE AND UNSEAL COURT FILE**

On August 17, 2022, Deep South Today ("*Mississippi Today*") filed a Motion to Intervene and Unseal Court File (the "Motion"). At this time, the United States does not oppose the Motion, as the interests that favored nondisclosure of this court file have changed.

The government's request to seal, and the Court's subsequent order, were correct at the time. Though the public generally "has a common law right to inspect and copy judicial records," that right is not absolute. *Bradley on Behalf of AJW v. Ackal*, 954 F.3d 216, 224 (5th Cir. 2020) (*quoting SEC v. Van Waeyenberghe*, 990 F.2d 845, 848 (5th Cir. 1993)). The right is weighed "against the interests favoring nondisclosure." *Id.* at 225. When the United States filed this civil forfeiture action more than two years ago, the interests "favoring nondisclosure" were great: the unsealing would have negatively impacted the integrity of an ongoing investigation by prematurely disclosing its scope and direction, subjects, and potential witnesses, and would have publicized a roadmap of the government's strategy.

Due to the unsealing of a separate court filing on September 21, 2022, the interests favoring nondisclosure no longer outweigh the right to public access to this court file. Thus, the United States does not oppose the relief sought in this Motion.

Date:  September 22, 2022

Respectfully submitted,

JAMES CURT BOHLING, Acting Chief
Money Laundering and Asset Recovery
Section, Criminal Division
U.S. Department of Justice

By: *[signature]*
ADRIENNE E. ROSEN
New York Bar #4306767
Trial Attorney
1400 New York Avenue, NW
Washington, DC 20005
202.230.0043
Adrienne.Rosen@usdoj.gov

DARREN J. LAMARCA
United States Attorney

By: *[signature]*
David H. Fulcher, MSB No. 10179
Assistant United States Attorney
501 E. Court Street – Suite 4.430
Jackson, MS 39201
601-973-2824
Dave.Fulcher@usdoj.gov

2