UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA                                                                               PLAINTIFF

V.                                                                       CIVIL ACTION NO. 3:20-cv-00415-DPJ-FKB

REAL PROPERTY KNOWN AS
115 ROSEDOWNE BEND, MADISON,
MISSISSIPPI  39110                                                                         DEFENDANT PROPERTY

AND

DEEP SOUTH TODAY (MISSISSIPPI TODAY)                                                           MOVANT

ORDER

This cause is before the Court on Intervenor Deep South Today's (Mississippi Today) Motion to Intervene and Unseal Case [53].  Federal Rule of Civil Procedure 24(b) provides for permissive intervention.  Though Rule 24(b)'s literal terms are not a clear fit, "every circuit court that has considered the question has come to the conclusion that nonparties may permissively intervene for the purpose of challenging confidentiality orders." *EEOC v. Nat'l Children's Ctr., Inc.*, 146 F.3d 1042, 1045 (D.C. Cir. 1998) (collecting cases, including *In re Beef Industry Antitrust Litigation*, 589 F.2d 786, 789 (5th Cir.1979)).  Consequently, Mississippi Today's motion to intervene is granted.

Next, Mississippi Today moves to unseal the case.  The presumption of access to judicial records is "Law 101."  *Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 417 (5th Cir. 2021).  That presumption must be overcome to seal records.  *Id.* at 419.  The Government now says that the interests favoring sealing the case no longer outweigh the presumption of access.  Pl.'s Resp. [63] at 2.  Neither party opposes the motion.  Accordingly, Mississippi Today's motion to unseal the case [53] is granted.

**SO ORDERED AND ADJUDGED** this the 23rd day of September, 2022.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE
