IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                                                  CIVIL ACTION NO. 3:20CV415-DPJ-FKB

THE REAL PROPERTY KNOWN AS
115 ROSEDOWN BEND
MADISON, MISSISSIPPI 39110                              DEFENDANT PROPERTY

## **CLAIMANTS' JOINT RESPONSE TO THE MOTION TO STAY**

Claimants, by and through their undersigned counsel, file their joint response to the

pending motion to stay. The claimants have no objection to the plaintiff's request for a stay.

Respectfully submitted, this the 13th day of October, 2022.

                                        THEODORE MARVIN DIBIASE, JR.
                                        CLAIMANT

                        By:     *J. Scott Gilbert*
                                J. Scott Gilbert
                                Counsel for the Claimant

                                KRISTEN DIBIASE
                                CLAIMANT

                        By:     *Mark D. Ray*
                                Mark D. Ray
                                Counsel for the Claimant

OF COUNSEL:

J. Scott Gilbert, Esq. (MS Bar No. 102123)
WATKINS & EAGER PLLC
P.O. Box 650 Jackson, MS 39205-0650
Telephone: 601-965-1900
Facsimile: 601-965-1901
sgilbert@watkinseager.com

COUNSEL FOR THEODORE MARVIN DIBIASE, JR.

Mark D. Ray, Esq. (MS Bar No. 4652)
3352 Hwy 18, Brandon MS 39042
Telephone: 601-497-2887
markdannelray@gmail.com

COUNSEL FOR KRISTEN DIBIASE