IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                                                         CIVIL ACTION NO. 3:20-cv-415-DPJ-FKB

REAL PROPERTY KNOWN AS
115 ROSEDOWNE BEND
MADISON, MISSISSIPPI 39110                                                       DEFENDANT PROPERTY

## ORDER

This cause is before the Court on a Motion to Stay Case [68] filed by the United States under 18 U.S.C. § 981(g)(1).  Claimants have advised the Court that they do not oppose the motion [68].  Further, the Court has considered the motion and finds good cause to stay this civil forfeiture action on the grounds that continuing the civil forfeiture action and participating in civil discovery will adversely affect the ability of the Government to conduct a related criminal investigation.  Because the motion is well-taken, it should be granted.

IT IS THEREFORE, ORDERED that the Motion to Stay Case [68] should be and hereby is granted, and ACCORDINGLY, the instant civil forfeiture action is hereby stayed pending the resolution of the related criminal investigation and any subsequent related criminal prosecution.

SO ORDERED on the 13th day of October, 2022.

                                                /s/ F. Keith Ball
                                       UNITED STATES MAGISTRATE JUDGE