IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                                         CIVIL CASE NO. 3:20-cv-415-DPJ-FKB

REAL PROPERTY KNOWN AS
115 ROSEDOWNE BEND
MADISON, MISSISSIPPI 39110                          DEFENDANT PROPERTY

### JOINT MOTION FOR INTERLOCUTORY SALE OF PROPERTY

The United States of America and Theodore Marvin DiBiase, Jr. and Kristen

DiBiase (the "DiBiases"), by and through their respective attorneys, move the Court for

approval for an interlocutory sale of the Defendant Property, listed in the First Amended

Verified Complaint [56], and commonly known as

**115 Rosedowne Bend, Madison, Mississippi 39110 (20-FBI-003981)**.

This motion is brought pursuant to the parties' Joint Agreement for the

Interlocutory Sale of Property, attached as Exhibit A, in order to preserve and protect

presently existing equity in the Defendant Property and to prevent foreclosure of the

property by the lienholder.

The United States further asks that the stay in this case be temporarily lifted for

the filing and consideration of this motion.

**RESPECTFULLY SUBMITTED**, this the 9th day of March 2023.

UNITED STATES OF AMERICA

DARREN J. LAMARCA
United States Attorney

By:   CLAY B. BALDWIN (MSB 103478)
Assistant United States Attorney
501 East Court Street, Suite 4.430
Jackson, MS 39201
Telephone: (601) 965-4480
Fax: (601) 965-4035
Email: clay.baldwin@usdoj.gov


THEODORE M. DIBIASE, JR.

By:   JASON SCOTT GILBERT (MSB 102123)
Attorney for Theodore Marvin DiBiase, Jr.
Watkins & Eager, PLLC
400 East Capitol Street
Jackson, MS 39201
Telephone: (601) 965-1922
Fax: (601) 965-1901
Email: sgilbert@watkinseager.com


KRISTEN DIBIASE

By:   MARK D. RAY (MSB 4652)
Attorney for Kristen DiBiase
3352 Hwy 18
Brandon MS 39042
Telephone: (601) 497-2887
Email: markray@rankinlawyer.com

2