

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**FILED**

Mar 24 2023

ARTHUR JOHNSTON, CLERK
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

PLAINTIFF

v.   CIVIL CASE NO. 3:20-cv-415-DPJ-FKB

REAL PROPERTY KNOWN AS
115 ROSEDOWNE BEND
MADISON, MISSISSIPPI 39110      DEFENDANT PROPERTY

### AGREED ORDER FOR INTERLOCUTORY SALE OF PROPERTY

Before this Court is a Joint Motion for Interlocutory Sale of Property [72] and an attached Joint Agreement for the Interlocutory Sale of Property [72-1] by Plaintiff United States of America and Theodore Marvin DiBiase, Jr. and Kristen DiBiase, seeking approval for an interlocutory sale of the defendant property, which is commonly known as **115 Rosedowne Bend, Madison, Mississippi 39110**, and is more particularly described as:

> Lot R-8 ROSEDOWNE – BLOCK "R" @ REUNION, a subdivision according to the map or plat thereof which is on file and of record in the office of the Chancery Clerk of Madison County at Canton, Mississippi, in Plat Cabinet E, Slide 50B-51A, reference to which is hereby made in aid of and as part of this description.

in order to preserve and protect presently existing equity in the property subject to forfeiture. As indicated by all signatures below, the parties acknowledge that Renasant Bank has a valid and existing Promissory Note and Deed of Trust and are voluntarily agreeing to this Agreed Order subject to the terms of the Joint Agreement. Having read and considered the Joint Motion and attached Agreement, the Court finds that it is well taken and should be GRANTED.

IT IS HEREBY ORDERED that the parties conduct the referenced sale according to the procedures specified in the Agreement, which, in addition to other reasonable fees and expenses, specifically requires the United States recognize the lien against the property held by Renasant Bank, and pay the same from the proceeds of the sale of the Defendant Property; and

IT IS FURTHER ORDERED that the stay in this case is lifted for the limited purpose of considering the Joint Motion and this Order.

[SIGNATURE PAGE FOLLOWS]

**APPROVED AND AGREED TO:**

Theodore Marvin DiBiase, Jr.

DATE: 3/23/23

_____
Theodore Marvin DiBiase, Jr.,
individually

Jason Scott Gilbert, Counsel for Theodore Marvin DiBiase, Jr.

DATE: 3/13/23

_____
Jason Scott Gilbert

Kristen DiBiase

DATE: 3/23/23

_____
Kristen DiBiase, individually

Mark D. Ray, Counsel for Kristen DiBiase

DATE: 3/14/23

_____
Mark D. Ray

Gene D. Berry, Counsel for Renasant Bank

DATE: 3/13/23

_____
Renasant Bank

[Signatures Continued on Next Page]

**Counsel for the United States of America**

DATE: 3/24/2023

Clay B. Baldwin
*Assistant United States Attorney*

SO ORDERED, this 24R day of March 2023

DANIEL P. JORDAN III
UNITED STATES DISTRICT JUDGE

Prepared and presented by:
 Clay B. Baldwin
 Assistant United States Attorney

4