IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA,                                                    PLAINTIFF,

v.                                                           CIVIL ACTION NO. 3:20-cv-415

REAL PROPERTY KNOWN AS
115 ROSEDOWNE BEND, MADISON,
MISSISSIPPI  39110,                                              DEFENDANT PROPERTY.

## GOVERNMENT'S STATUS REPORT

The Government files this status report in response to the Court's Text-Only Order dated September 19, 2025. As described in more detail below, one of the claimants in this civil forfeiture action has been indicted, and the criminal case has not yet been resolved. *See United States v. Theodore M. DiBiase, Jr.*, 3:23-CR-00035-CWR-FKB ("Criminal Case"). Accordingly, the Government respectfully asks this Court to continue to stay this action.

1. **Case Background**

On June 22, 2020, the Government commenced this civil forfeiture action upon filing a Verified Complaint, seeking the forfeiture of the above-captioned Defendant *in Rem* (the "Defendant Property") under 18 U.S.C. § 981(a)(1)(A) and (C) because it is involved in a transaction in violation of 18 U.S.C. §§ 1956 or 1957, and constitutes or is derived from proceeds traceable to a 'specified unlawful activity,' in this case, theft or bribery concerning programs receiving Federal funds, in violation of 18 U.S.C. § 666(a)(1)(A) [3]. On August 23, 2022, the Government filed its First Amended Verified Complaint ("Amended Complaint") [56], adding a violation of 18 U.S.C. § 1343 (wire fraud) and conspiracy to violate 18 U.S.C. §§ 666(a)(1)(A) and 1343 to the alleged "specified unlawful activity." The Amended Complaint alleges, among other things, that Theodore DiBiase, Jr. ("DIBIASE JR.") received federal funds

through sham contracts, for work he never performed. *Id.* The Amended Complaint further traces the purchase of the Defendant Property back to these misappropriated federal funds. *Id.* at ¶¶ 53-62. DIBIASE JR. and his wife, Kristen DiBiase, are the only two claimants in this action [57, 58].

On October 4, 2022, the Government filed a joint motion to stay this action pursuant to 18 U.S.C. § 981(g) [68], informing the Court of the parallel investigation of the conduct alleged in this action as a criminal matter. On October 13, 2022, this Court granted that motion "pending the resolution of the related criminal investigation and any subsequent related criminal prosecution" [71].

On March 24, 2023, this court entered an agreed order for interlocutory sale of the Defendant Property to preserve and protect presently existing equity [73]. The Defendant Property was subsequently sold pursuant to this order and the proceeds deposited with the United States Marshals Service pending the outcome of this case and the Criminal Case.

### 2. Criminal Case

On April 18, 2023, a federal grand jury sitting in the Southern District of Mississippi returned an indictment (the "Indictment") against DIBIASE JR., charging him with one count of conspiracy to commit wire fraud and theft concerning programs receiving federal funds, in violation of 18 U.S.C. § 371; six counts of wire fraud, in violation of 18 U.S.C. § 666(a)(1)(A); and four counts of money laundering, in violation of 18 U.S.C. § 1957. [Criminal Case, ECF 3]. As stated in the Government's motion to stay [68], the facts of the case are nearly identical to those alleged in the instant action. The Indictment identified the defendant real property as property subject to forfeiture upon conviction [Criminal Case, ECF 3]. The Criminal Case is set

for trial on Tuesday January 6, 2026 at 9:00 AM in front of the Honorable Carlton W. Reeves

[Criminal Case, ECF 58].

The Government respectfully submits that a continued stay is appropriate

**RESPECTFULLY SUBMITTED**, this 23rd day of September, 2025.

> MARGARET A. MOESER
> Chief, Money Laundering and Asset
>     Recovery Section
> U.S. Department of Justice, Criminal Division
>
> By:    */s/ Adrienne E. Rosen*
>         Adrienne E. Rosen, Trial Attorney
>         1400 New York Avenue, NW
>         Washington, DC 20005
>         202-230-0043
>         Adrienne.Rosen@usdoj.gov
>
> PATRICK A. LEMON
> Acting United States Attorney
>
> By:    */s/ Dave Fulcher*
>         Dave Fulcher, MSB No. 10179
>         Assistant United States Attorney
>         501 E. Court Street – Suite 4.430
>         Jackson, MS 39201
>         601-973-2824
>         Dave.Fulcher@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the

Court using the ECF system to all ECF participant(s) of record.


_____

Adrienne E. Rosen
Trial Attorney