IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA PLAINTIFF

v. CIVIL ACTION NO. 3:20-cv-415-DPJ-LGI

THE REAL PROPERTY KNOWN AS
115 ROSEDOWNE BEND
MADISON, MISSISSIPPI 39110 DEFENDANT PROPERTY

---

**NOTICE OF CHANGE OF FIRM ADDRESS**

---

COMES NOW Sidney E. Lampton, counsel of record for Claimant, Theodore Marvin DiBiase, Jr., and, effective immediately, hereby gives notice of her change of firm address to the following:

Sidney E. Lampton (MS Bar #105957)
HERSCHMANN BENSON BOWEN LLP
317 East Capitol Street, Suite 229
Jackson, MS 39201
Telephone: (601) 228-4991
Fax: (512) 551-3344
Email: SMorris@hbb-firm.com

All future pleadings, correspondence, notices, and other communications relating to this matter should be directed to Ms. Lampton at the address indicated above.

Respectfully submitted, this 22nd day of June 2026.

*<u>/s/ Sidney E. Lampton</u>*
Sidney E. Lampton (MS Bar #105957)
HERSCHMANN BENSON BOWEN LLP
317 East Capitol Street, Suite 229
Jackson, MS 39201
Telephone: (601) 228-4991
Fax: (512) 551-3344
SMorris@hbb-firm.com
*Attorney for Claimant, Theodore Marvin DiBiase, Jr.*