IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA PLAINTIFF

v. CIVIL ACTION NO. 3:20-cv-415-DPJ-LGI

REAL PROPERTY KNOWN AS
115 ROSEDOWNE BEND
MADISON, MISSISSIPPI 39110 DEFENDANT PROPERTY

**PLAINTIFF UNITED STATES' AMENDED NOTICE**
**OF DEPOSITION OF THEODORE M. DIBIASE, JR.**

Pursuant to Federal Rule of Civil Procedure 30(b)(1), Plaintiff United States of America intends to take the deposition upon oral examination of Theodore M. DiBiase, Jr. for the purpose of discovery and use in the above-captioned case. The witness shall appear for the deposition at Watkins & Eager, PLLC, 400 E. Capitol Street, Jackson, MS 39201, on September 15, 2026. The deposition will begin at 9 a.m. CDT and will continue until completed. The deposition will be recorded by sound recording and stenographic means and will be taken before a court reporter who is authorized by law to administer oaths.

Dated: August 19, 2026

MARGARET A. MOESER
Chief, Money Laundering, Narcotics
And Forfeiture Section
U.S. Department of Justice, Criminal Division

By: */s/ Adrienne E. Rosen*
Adrienne E. Rosen, Senior Trial Attorney
Yuliana Reyes, Trial Attorney
1400 New York Avenue, NW
Washington, DC 20005
(202) 514-1263
Adrienne.Rosen@usdoj.gov
Yuliana.Reyes@usdoj.gov

J.E. BAXTER KRUGER
United States Attorney

By: */s/ Max Lewis Meyers*
MAX L. MEYERS (MS Bar No. 106187)
Assistant United States Attorney
United States Attorney's Office
Southern District of Mississippi
501 East Court Street, Suite 4.430
Jackson, Mississippi 39201
Telephone: (601) 973-2172
Facsimile: (601) 965-4032
Email: Max.Meyers2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that, on this date, I caused the foregoing document to be filed electronically with the Clerk of the Court using the ECF system, which sent notification to all counsel of record.

Dated: August 19, 2026

*[/s/ Max L. Meyers](#)*

MAX L. MEYERS